**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miguel Sanchez-Saavedra, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Peloza Construction Co., Inc., and David M. Peloza, individually, Defendants | Case No. 15-cv-1410<br><br>Judge Gettleman |

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, without prejudice.

Respectfully submitted,

s/ David E. Stvens
David E. Stevens
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-307-0766
dstevens@yourclg.com